IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| The State of South Carolina, | ) | |
| | ) | C/A No.: 3:11-cv-729-JFA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LG Display Co., Ltd. and LG Display America, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| The State of South Carolina, | ) | |
| | ) | C/A No.: 3:11-cv-731-JFA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AU Optronics Corp. and AU Optronics Corp. Am., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| The State of South Carolina, | ) | |
| | ) | C/A No.: 3:12-cv-1776-JFA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Chi Mei Optoelectronics, Corp.; Chi Mei Innolux Corp.; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes, Ltd.; Hannstar Display Corp.; Samsung Electronics Co. Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc., | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The court hereby further stays these cases pending a decision by the United States Supreme Court on the petitions for certiorari in *The State of South Carolina v. LG Display Co., Ltd., et al.* (3:11-cv-729-JFA) and *The State of South Carolina v. AU Optronics Corp., et al.* (3:11-cv-731-JFA). Upon issuance of the Supreme Court's final decision, this court will lift the stay and either remand the above-captioned cases or allow litigation to proceed in this court consistent with the Supreme Court's decision. If subject-matter jurisdiction is proper in this case, then the defendants will have 30 days from the date the stay is lifted to file their answers.

IT IS SO ORDERED.

January 9, 2013                                              Joseph F. Anderson, Jr.
Columbia, South Carolina                             United States District Judge