IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The State of South Carolina,<br><br>Plaintiff,<br><br>vs.<br><br>LG Display Company, Ltd; and LG Display America, Inc.<br><br>Defendants. | C/A No. 3:11-cv-00729-JFA<br><br><br>**ORDER** |

This case is one of four complaints stayed by the court pending the outcome of a petition for a writ of certiorari. Today, the United States Supreme Court denied that petition. *AU Optronics Corp. v. South Carolina*, 12-911, 2014 WL 210665 (U.S. Jan. 21, 2014). In light of that denial and the Supreme Court's decision in *Mississippi ex rel. Hood v. AU Optronics Corp.*, 12-1036, 2014 WL 113485 (U.S. Jan. 14, 2014), a similar case in which the Supreme Court found no subject-matter jurisdiction, this court hereby lifts the stay and remands the case to state court as consistent with this court's prior orders. ECF Nos. 46, 69. The Clerk of Court shall send a certified copy of this order of remand to the Clerk of the Court of Common Pleas, Richland County, Fifth Judicial Circuit of South Carolina.

IT IS SO ORDERED.

January 21, 2014                           Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge